ELLIOT ENOKI
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 0 2001

at 12 o'clock and 12 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TIMOTHY W. KORNEGAY,<br><br>                Defendant. | CR. NO. CR01 00421 DAE<br><br>INDICTMENT<br>[18 U.S.C. § 2113(a)] |

INDICTMENT

The Grand Jury charges:

On or about September 24, 2001, in the District of Hawaii, defendant TIMOTHY W. KORNEGAY, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

Territorial Savings and Loan, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: OCT. 10th, 2001, Honolulu, Hawaii.

A TRUE BILL.

/S/

---
FOREPERSON, GRAND JURY

---
ELLIOT ENOKI
United States Attorney
District of Hawaii

---
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Timothy W. Kornegay
Cr. No. _____
"Indictment"